FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
DEC 22 2020
By LM
DEPUTY CLERK

DATE: December 21, 2020

TO: MATTHEW W. TIFFANY

FROM: Robert Currier

RE: Creditors Meeting

| | |
|---|---|
| Creditors Meeting: | January 4, 2021 |
| File # : | 20-61587 |
| Where: | United States Bankruptcy Court<br>1101 Court Street<br>Lynchburg, VA  24504 |
| Phone Number: | (434) 455-2620 |
| Trustee: | Gaye Nash |

---

3064 NEWBYS SHOP RD
REMINGTON, VA 22734


MATTHEW W. TIFFANY
TIFFANY & TIFFANY PLLC
770 INDEPENDENCE CIRCLE
VIRGINIA BEACH, VA 23455

FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT
DEC 22 2020
By LM
DEPUTY CLERK

DATE: December 21, 2020

RE~~ TO:~~ WELDON LAWRENCE

FROM: Robert Currier

RE: Creditors Meeting

| | |
|---|---|
| Creditors Meeting: | January 4, 2021 |
| File # : | 20-61587 |
| Where: | United States Bankruptcy Court<br>1101 Court Street<br>Lynchburg, VA  24504 |
| Phone Number: | (434) 455-2620 |
| Trustee: | Gaye Nash |

---

13064 NEWBYS SHOP RD
REMINGTON, VA 22734


WELDON LAWRENCE, ESQ
COWEN PERRY PC
250 S. MAIN STREET
BLACKBURG, VA 24060