FILED LYNCHBURG, VA
U.S. BANKRUPTCY COURT

DEC 2 2 2020

By LM
DEPUTY CLERK

**From:** Sandra Stevens <sandra.stevens7@verizon.net>
**Sent:** Tuesday, December 22, 2020 4:25 PM
**To:** Gaye Nash <Gaye_Nash@vawb.uscourts.gov>
**Subject:** FW:Robert Currier File # 20-61587 - Creditors and amounts owed - Attorney contact info.

Please see e-mails below.  Resent because Bob had the wrong e-mail address.

**From:** Robert Currier [mailto:bobcurrier@hotmail.com]
**Sent:** Tuesday, December 22, 2020 9:28 AM
**To:** gaye_nash@vawb.gov; sandra.stevens7@verizon.net
**Subject:** Fwd: Abacus Credit Counseling certificate: Robert Currier

Mailed 12/21/10 to Weldon Lawrence's, Atty, at Cowan Perry, 202 S. MAIN ST.SUITE 202,Blacksburg,VA.24060
    Weldon Lawrence $ 162,464.86 plus interest

Mailed to Matthew Tiffany, Atty for Boyd Collier and Wife.,770 independence,cir ste 200, Virginia Beach, VA. 23455.
    Boyd Collier $ 6342.00 plus interest are the creditors.

Notice of hearing on 1/4/2021 and # to contact court and case

Sent from my Verizon ASUS Tablet

-------- Original Message --------
From:Robert Currier
Sent:Mon, 21 Dec 2020 20:41:21 -0500
To:gaye_nash@vawb.gov
Subject:Fwd: Abacus Credit Counseling certificate: Robert Currier

Weldon lawrence $ 162,464.86 plus interest and Boyd Collier $ 6342.00 plus interest are the creditors.

Sent from my Verizon ASUS Tablet

-------- Original Message --------
From:Abacus Credit Counseling
Sent:Mon, 21 Dec 2020 17:54:35 -0500

To:bobcurrier@hotmail.com
Subject:Abacus Credit Counseling certificate: Robert Currier

Thank you for using Abacus Credit Counseling! Attached please find Robert Currier's certificate of completion for a credit counseling briefing.
If you need any further assistance, please call or email us anytime. You may click here to view the written analysis provided during counseling: LINK TO LOG-IN
Regards,
Abacus Credit Counseling
Course Website: www.abacuscc.org
Email: customerservice@abacuscc.org
Phone: 800-516-3834