

**From:** Robert Currier <bobcurrier@hotmail.com>
**Sent:** Tuesday, December 22, 2020 4:47 PM
**To:** Gaye Nash <Gaye_Nash@vawb.uscourts.gov>
**Subject:** Creditor

Weldon lawrence and Wife  $162464.86 and interest+ legal , Boyd Collier and wife, $ 6342.00 and interest + legal.

A try Cowan and. Perry,Blacksburg Lawrence  A try. Matthew Tiffany Collier lawyer sent letteers to inform them Jan 4th meeting .
Sent from my Verizon ASUS Tablet